IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-175-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRANDON RASHEED MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

On May 3, 2018, Brandon Rasheed Miller filed a motion asking that his release date be recalculated [D.E. 104]. The United States did not respond to the motion. The record does not reflect that Miller has exhausted his administrative remedies. Thus, the court DENIES without prejudice Miller's motion for recalculation of his release date [D.E. 104].

SO ORDERED. This 17 day of January 2019.

JAMES C. DEVER III
United States District Judge